# IN THE UNITED STATES DISTRICT COURT
# FOR DISTRICT OF PUERTO RICO

| | |
|---|---|
| RAMONITA OCASIO RUIZ, ET ALS | Civil No. 11-1516 (JAG) |
| Plaintiffs | |
| v. | FOR: DAMAGES |
| IMC CARIBE/AIRPORT AVIATION SERVICES INC., ET ALS | |
| | PLAINTIFFS DEMAND TRIAL BY JURY |
| Defendants | |

## INFORMATIVE MOTION REGARDING SETTLEMENT

TO THE HONORABLE COURT:

Come now, Plaintiffs RAMONITA OCASIO RUIZ, IVONNE M. LOPEZ OCASIO, by the undersigned attorney and respectfully allege and pray:

1. It pleases the undersigned to announce that the parties have come to a settlement agreement in the above referenced case.

2. Plaintiff respectfully requests a term of thirty days within which the parties may draft a confidential settlement agreement that will be filed with the court as a sealed document along with a motion for voluntary dismissal with prejudice.

3. Plaintiffs will request additional extensions being that they are residents of New York and Florida and may need special travel arrangements due to work and/or health.

WHEREFORE, Plaintiffs pray the Honorable Court take notice of the above grant the thirty day window to file a confidential settlement agreement and motion to dismiss plus any other relief as may be granted.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 30th day of July, 2012.

I HEREBY CERTIFY that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification to all parties in the case.

s/FREDDIE O. TORES GÓMEZ
USDC No. 226409
Calaf #400, PMB 16
San Juan, PR 00918-1314
Tel.: 753-4712 / Fax: 274-0191
E-MAIL: ftorres151@gmail.com
